UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| (1) Jairo Josue Hernandez Ortiz<br>(2) Carolina Yamileth Melgar de Hernandez<br>(3) Darolyna Aylin Hernandez-Flores | ) ) ) ) ) | Case No. 3:25-MJ-686-BK |
| Defendant(s) | | |

**FILED**
July 3, 2025
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 2, 2025__ in the county of __Dallas__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, resisting, or impeding certain officers or employees. |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Pamela Hanson.

☑ Continued on the attached sheet.

_____
Complainant's signature

Pamela Hanson, SA, FBI
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: July 3, 2025

_____
Judge's signature

City and state: Dallas, Texas

RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Pamela Hanson, being duly sworn, do depose and state the following:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since April of 2010. I have been assigned to the FBI's Dallas Violent Crimes Task Force since September 2017. During my time as a Special Agent, I have investigated and assisted in investigating violent crimes such as Robberies, Kidnappings, Federal Firearms Violations, and Assaults on Federal Officers. I have used various investigative techniques, such as interviews of witnesses and defendants, the execution of search warrants, and the use of confidential informants to aid in such investigations. Based on my education, training, and experience, I am familiar with federal criminal laws and know it is a federal crime to Assault a Federal Officer. In relevant part, Section 111 of Title 18 in provides:

    (a) **In general.**—Whoever–

        (1) forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties;

        . . .

        shall, where the acts in violation of this section constitute only simple assault, be fined under this title or imprisoned not more than one year, or both, and where such acts involve physical contact with the victim of that assault or the intent to commit another felony, be fined under this title or imprisoned not more than 8 years or both.

2. This affidavit is based on my personal knowledge as well as on information provided to me by other law enforcement officers and other individuals who have participated in this investigation. Since this affidavit is being submitted for the limited purpose of establishing probable cause for an arrest warrant via a criminal complaint, I have not included each and every fact known to me concerning this investigation or each and every criminal charge or victim involved in the events discussed herein.

## PROBABLE CAUSE

3. On April 21, 2025, a Warrant of Removal/Deportation was signed for Jairo Josue Hernandez Ortiz (DOB XX-XX-1987) (Ortiz) based upon a final order by an immigration judge that Ortiz was an alien present in the United States without admission or parole.

4. On July 2, 2025, federal agents with United States Border Patrol (BP) were conducting surveillance at 2655 Rolinda Drive, Dallas, TX 75211, located in the Northern District of Texas, in an effort to locate and arrest Ortiz.

5. At approximately 10:10 a.m., BP Agent R.F. (RF) observed Ortiz enter a brown Ford F-150 and drive away from 2655 Rolinda Drive residence, heading westbound. Ortiz made a left turn onto Superior Street, and another left onto Wright Street. Agent S.R. (SR) began to follow Ortiz as he approached the intersection of Wright Street and South Franklin Street. At this intersection, SR attempted to initiate a traffic stop on Ortiz by turning on his lights and sirens. However, Ortiz did not stop, instead turning left on South Franklin Street and then left back onto Rolinda Drive.

Affidavit - Page 2



6. When Ortiz reached 2655 Rolinda Drive, he pulled into the driveway. SR was still behind Ortiz and RF had moved his vehicle, with the lights and sirens on, in front of the residence. Ortiz's minor son, who was in the passenger seat of Ortiz's vehicle, exited the vehicle. Ortiz also exited the vehicle and attempted to flee into the house. Agents RF and SR exited their vehicles, which still had lights and sirens on, identified themselves as law enforcement and gave commands for Ortiz to stop in Spanish. Ortiz did not comply with the Agents' commands. When RF and SR attempted to detain Ortiz, he began punching the Agents in the body, face, and head. Ortiz's minor son also began punching the Agents in the body, face, and head. In the struggle, the Agents were pulled onto the porch of 2655 Rolinda Drive.





7.  With the Agents on the porch and Ortiz and his minor son still assaulting them, Carolina Yamileth Melgar de Hernandez (DOB XX-XX-1990) (Carolina) and Darolyna Aylin Hernandez-Flores (DOB XX-XX-2006) (Darolyna) exited 2655 Rolinda Drive and also began assaulting RF and SR. Carolina, Darolyna and Ortiz's minor son scratched, punched and slapped the Agents in their bodies, faces and heads.

Affidavit - Page 4

Carolina knocked off SR's hat and glasses. Carolina, Darolyna and Ortiz's minor son also positioned themselves in between SR and Ortiz so Ortiz could escape into the house. Due to the assault by Ortiz, Carolina, Darolyna, and Ortiz's minor son, RF and SR were unable to get control of Ortiz and he fled into 2655 Rolinda Drive along with the others. It was not until the FBI Dallas SWAT team arrived more than two hours later that the residents, including Ortiz, Carolina, Darolyna, and Ortiz's minor son, exited 2655 Rolinda Drive.

8. Ortiz, Carolina and Darolyna forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with Agents RF and SR. Both Agents had swelling and bruising on their faces, as well as scratches and bruising to their arms, resulting in bodily injury.

9. As Border Patrol Agents, SR and RF are federal officers and employees as set forth in 18 U.S.C. § 1114. At the time of the assault, SR and RF were engaged in their official duties, which includes investigating and apprehending suspects who have committed violations under the Immigration and Nationality Act.

## CONCLUSION

Based on the foregoing facts, acts, and circumstances, I believe that there is probable cause that on or about July 2, 2025, Jairo Josue Hernandez Ortiz committed a

violation of 18 U.S.C. § 111(a)(1), within the Northern District of Texas.

___7/3/2025_____        _____
Date                                            PAMELA HANSON
                                                    FBI Special Agent

Agent sworn and signature confirmed before me via reliable electronic means pursuant to Fed. R. Crim. P. 4.1 on July  3 , 2025.

_____
RENÉE HARRIS TOLIVER
United States Magistrate Judge
Northern District of Texas